NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent, v. FRED G. SMITH et al., Appellants.— Appeal dismissed, without costs, upon the ground that no appeal lies at this time from the order herein. (Condemnation Law, § 19. See *Matter of Bd. of Transportation of New York*, 272 N. Y. 52.) All concur. (The order adjudges that public use requires the condemnation of a right of way and appoints commissioners.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel HOTEL MARTIN COMPANY OF UTICA, Respondent, against EDWARD V. DONOHUE et al., as Assessors of the City of Utica, Appellants.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies defendants' motion for leave to file a supplemental return.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *post*, p. 900.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CLARENCE SMITH, Respondent.— Order reversed on the law and a new trial granted on the authority of *People ex rel. Gottschalk* v. *Brown* (237 N. Y. 483). All concur. (The order dismisses an indictment charging defendant with violation of section 480 of the Penal Law.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE M. MOON, Appellant.— Judgment of conviction affirmed. All concur, except Dowling and McCurn, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial on the following grounds: (1) The evidence does not warrant a conviction for manslaughter, first degree, there being no evidence of heat of passion as required by subdivision 2 of section 1050 of the Penal Law. (*People* v. *Heineman*, 211 N. Y. 475.) (2) The court, under the peculiar facts, erred in not submitting to the jury manslaughter, second degree. (The judgment convicts defendant of the crime of manslaughter, first degree.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

WAYNE NIGHTINGALE et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 25986.) — Judgment affirmed, with costs. All concur. (The judgment is for claimants on a claim for damages to land and for loss of crops resulting by reason of flooding of claimants' land alleged to have been caused by negligent operation of Black River Canal gates.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

WILLIAM RACE, Respondent, v. STATE OF NEW YORK, Appellant.— Same decision and like cause of action as in companion case of *Nightingale* v. *State of New York* (*ante*, p. 725.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.